UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GLENDON JAMES HAYES, JR.,

        Plaintiff,                  CIV. S-05-00179-PAN

    v.

JO ANNE B. BARNHART,                ORDER TO SHOW CAUSE
Commissioner of Social
Security,

        Defendant.

-o0o-

On January 27, 2005, plaintiff filed a complaint seeking review of a final decision of the Commissioner of Social Security denying plaintiff's application for disability benefits.  The scheduling order filed November 7, 2005, required plaintiff to serve process upon defendant within 20 days.  Over 90 days has passed and there is nothing in the file to indicate that service of process has been made.

////

1 Within 11 days from the date of this order, plaintiff
2 shall show cause in writing why this action should not be
3 dismissed.
4     Dated:  February 13, 2006.

            /s/ Peter A. Nowinski
            PETER A. NOWINSKI
            Magistrate Judge