UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GLENDON JAMES HAYES, JR.,

        Plaintiff,                                    CIV. S-05-00179-PAN

        v.

JO ANNE B. BARNHART, Commissioner                  ORDER
of Social Security,

        Defendant.

-o0o-

The Order to Show Cause issued February 14, 2006, is discharged.

DATED: March 1, 2006.

                                                UNITED STATES MAGISTRATE JUDGE

/hayes.osc.dischgd