1  McGREGOR W. SCOTT
   United States Attorney
2  BOBBIE J. MONTOYA
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Fax: (916) 554-2900
5  SARAH RYAN
   Special Assistant U.S. Attorney
6  333 Market Street, Suite 1500
   San Francisco, CA 94105
7  Telephone: (415) 977-8943
   Fax: (916) 744-0134
8
   Attorneys for Defendant
9
                IN THE UNITED STATES DISTRICT COURT
10
             FOR THE EASTERN DISTRICT OF CALIFORNIA
11
                      SACRAMENTO DIVISION
12
   GLENDON JAMES HAYES, JR.,        ) Case No. 2:05-CV-00179-PAN (JFM)
13                                   )
              Plaintiff,             ) STIPULATION AND ORDER
14                                   )
          vs.                        )
15                                   )
   JO ANNE B. BARNHART,              )
16 Commissioner of Social Security,  )
                                     )
17            Defendant.             )
                                     )
18 _____  )

19
20        The parties hereby stipulate by counsel, with the Court's approval as indicated by

21 issuance of the attached Order, that Defendant shall have a FIRST extension of time of 30 days to

22 respond to Plaintiff's motion for summary judgment, for the purpose of conducting a further

23 review of this matter.  The current due date is SEPTEMBER 15, 2006.  The new due date will be

24 OCTOBER 16, 2006.

25 /////

26 /////

27 /////

28 /////

   Stip & Order Re Ext of D's Time 05-CV-179 PAN (JFM)                    Page 1

1    The parties further stipulate that the Court's Scheduling Order shall be modified

2    accordingly.

3

4    /s/ David J. Linden
         *(As authorized on* SEPTEMBER 12, 2006)

5    DAVID J. LINDEN
     Attorney at Law

6

7    Attorney for Plaintiff

8

9    McGREGOR W. SCOTT
     United States Attorney

10   BOBBIE J. MONTOYA
     Assistant U.S. Attorney

11

12   By:    /s/ Bobbie J. Montoya for
             *(As signed on* SEPTEMBER 12, 2006)

13   SARAH RYAN
     Special Assistant U.S. Attorney

14   Attorneys for Defendant

15

16   OF COUNSEL:
     LUCILLE GONZALES MEIS

17   CHIEF COUNSEL, REGION IX
     UNITED STATES SOCIAL SECURITY ADMINISTRATION

18

19                          ORDER

20       APPROVED AND SO ORDERED.

21   DATED: September 13, 2006.

22

23

     UNITED STATES MAGISTRATE JUDGE

24

25   13
     Hayes.eot.ss.wpd

26

27

28