McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
Fax: (916) 554- 2900
SARAH RYAN
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 977-8978
Fax: (415) 744-0134

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENDON JAMES HAYES, JR., | Case No.: 2:05-CV-00179-PAN (JFM) |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR SECOND EXTENSION OF TIME |
| JO ANNE B. BARNHART, Commissioner of Social security, | |
| Defendant. | |

    The parties, through their respective counsel, stipulate that the time for Defendant to respond to Plaintiff's motion for summary judgment be extended from October 16, 2006, to November 15, 2006, to continue to explore settlement negotiations.

    All other dates in the Court's Scheduling Order are extended accordingly.

    This is Defendant's second request for an extension of time to respond to Plaintiff's motion.

Respectfully submitted,

1

| | |
|---|---|
| Dated: October 12, 2006 | */s/by permission*<br>DAVID J. LINDEN<br>Attorney for Plaintiff |
| | |
| Dated: October 12, 2006 | McGREGOR W. SCOTT<br>United States Attorney<br>BOBBIE J. MONTOYA<br>Assistant U.S. Attorney |
| | /s/ *Sarah Ryan*<br>SARAH RYAN<br>Special Assistant U.S. Attorney |
| | Attorneys for Defendant |

ORDER

APPROVED AND SO ORDERED.

DATED: October 26, 2006.

UNITED STATES MAGISTRATE JUDGE

13
Hayes/eot2.ss.wpd

2