McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700
Fax:  (916) 554-2900
SARAH RYAN
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone:  (916) 977-8943
Fax:  (415) 744-0134

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENDON JAMES HAYES, JR., | CASE NO. 2:05-CV-00179-PAN (JFM) |
| Plaintiff, | STIPULATION AND ORDER REMANDING THE CASE TO THE COMMISSIONER OF SOCIAL SECURITY AND DIRECTING THE CLERK TO ENTER JUDGMENT |
| v. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

　　　　　IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.  The purpose of the remand is to offer Plaintiff a new administrative hearing at which he may present any additional evidence he chooses, and a new decision.  Upon remand, the Appeals Council will direct the Administrative Law Judge (ALJ) to associate all Plaintiff's disability application and claims files and include all the evidence in those files in the final record; obtain updated records and medical source statements from Plaintiff's treating and other medical sources, including the county mental health clinic where Plaintiff received treatment.

Hayes v. CSS
Stip & Order of Remand (Sentence 4)
05-cv-00179-PAN (JFM)                    1

1 The ALJ will also be directed to obtain supplemental testimony from a medical expert and re-
2 assess Plaintiff's ability to perform his past relevant work and, as needed, other work that exists
3 in significant numbers in the national economy

4      It is further stipulated that the administrative decision is hereby vacated and that the
5 Clerk of this Court shall be directed to enter a separate judgment herein, as provided for under
6 Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to <u>Shalala v. Schaefer</u>, 509
7 U.S. 292, 113 S. Ct. 2625 (1993).

DATED: November 9, 2006             /s/ David J. Linden[1]
                                                DAVID J. LINDEN
                                                Attorney at Law

                                                Attorney for Plaintiff

DATED: November 9, 2006             McGREGOR W. SCOTT
                                                United States Attorney
                                                BOBBIE J. MONTOYA
                                                Assistant U. S. Attorney

                                    By: /s/ Bobbie J. Montoya for
                                                SARAH RYAN
                                                Special Assistant U. S. Attorney
                                                Attorneys for Defendant

OF COUNSEL:
LUCILLE GONZALES MEIS
Chief Counsel, Region IX
U.S. Social Security Administration

---

[1] *The signature page bearing the original signatures of the attorneys who are filing this document is filed as an attachment hereto. See Local Rule 7-131(e).*

Hayes v. CSS
Stip & Order of Remand (Sentence 4)
05-cv-00179-PAN (JFM)            2

## ORDER

This matter is hereby remanded pursuant to the stipulation of the parties.  The Clerk is directed to enter Judgment.

APPROVED AND SO ORDERED.

DATED:  November 16, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

13
Hayes.stipord.rem.ss.wpd